# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Trish Kincaid, on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Courier Express/Charlotte, Inc., Courier Express/Raleigh, Inc., Courier Express Freight, Inc., Courier Express US, Inc., and IDEXX Pharmaceuticals, LLC, <br><br> Defendants. | CIVIL ACTION NO. 1:18-cv-00707-AT |

## JOINT STATUS REPORT REGARDING SUBMISSION OF SETTLEMENT DOCUMENTS

Plaintiff Trish Kincaid ("Plaintiff"), Defendants Courier Express/Charlotte, Inc., Courier Express/Raleigh, Inc., Courier Express Freight, Inc., and Courier Express US, Inc. (collectively "Courier Express"), and Defendant IDEXX Pharmaceuticals, LLC ("IDEXX," and collectively with "Courier Express," the "Defendants"), through their respective counsel of record, hereby jointly submit this report to update the Court concerning the status of their preparation of a proposed Settlement Agreement, Motion for Preliminary Approval, and other related documents. The Parties state as follows:

1. In their September 11, 2018, Joint Notice of Settlement, the parties informed the Court that they had reached an agreement in principle to resolve this action and were working to prepare a formal settlement agreement, a motion for preliminary approval of that settlement, and related submissions.

2. Since that time, the Parties have filed several joint status reports in an effort to apprise the Court of the status of the Parties' efforts to finalize a formal settlement agreement, a motion for preliminary approval of that settlement, and related submissions.

3. The Parties are in the process of finalizing the formal settlement agreement and have near-final drafts of Plaintiff's unopposed motion for preliminary approval and related submissions which can be finalized once the settlement agreement is in its final form. The Parties plan on Plaintiff filing those submissions on or before November 30, 2018.

Respectfully submitted, this 16th day of November, 2018.

| | |
|---|---|
| */s/ Gilda Adriana Hernandez* | */s/ Richard W. Black* |
| Gilda A. Hernandez, *pro hac vice* | Richard W. Black |
| THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC | Ga. Bar No. 355846 |
| 1020 Southhill Dr., Ste. 130 | rblack@littler.com |
| Cary, NC 27513 | Lisa A. Schreter |
| Tel: (919) 741-8693 | Ga. Bar No. 629852 |
| Fax: (919) 869-1853 | lschreter@littler.com |
| ghernandez@gildahernandezlaw.com | LITTLER MENDELSON, P.C. |
| | 3344 Peachtree Road N.E., Suite 1500 |

Jeffrey B. Sand
Ga. Bar No. 181568
THE WEINER LAW FIRM LLC
3525 Piedmont Road
7 Piedmont Center, 3rd Floor
Atlanta, Georgia 30305
Tel: (404) 205-5029
Fax: (866) 800-1482
js@atlantaemployeelawyer.com

Harold Lichten, *pro hac vice*
Matthew Thomson, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
(617) 994-5801
hlichten@llrlaw.com
mthomson@llrlaw.com

Attorneys for Plaintiff Trish Kincaid

Atlanta, GA 30326.4803
Telephone: 404.233.0330
Facsimile: 404.233.2361

Michael S. McIntosh, *pro hac vice*
mmcintosh@littler.com
LITTLER MENDELSON, P.C.
1650 Tysons Blvd., Suite 700
McLean, VA 33102
Telephone: 703.286.3118

Attorneys for Defendant IDEXX Pharmaceuticals, LLC

/s/Andrew J. Butcher
_____
Andrew J. Butcher, *pro hac vice*
SCOPELITIS, GARVIN, LIGHT, HANSON, & FEARY, P.C.
30 West Monroe Street, Suite 600
Chicago, IL 60603
Tel: 312-255-7200
Fax: 312-422-1224
abutcher@scopelitis.com

Emily A. Quillen, *pro hac vice*
SCOPELITIS, GARVIN, LIGHT,

3

HANSON & FEARY, P.C.
801 Cherry Street, Suite 1075
Fort Worth, TX 76102
Tel: 817-869-1700
Fax: 817-878-9472
equillen@scopelitis.com

David F. Root
GA Bar No. 614125
Abby C. Grozine
GA Bar No. 542723
CARLOCK COPELAND
One Ninety-One Peachtree Tower
191 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30303
Tel: 404-522-8220
Fax: 404-523-2345
droot@carlockcopeland.com
agrozine@carlockcopeland.com

Attorneys for Defendants Courier Express/Charlotte, Inc., Courier Express/Raleigh, Inc., Courier Express Freight, Inc., Courier Express US, Inc.

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Trish Kincaid, on behalf of herself and others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>Courier Express/Charlotte, Inc., Courier Express/Raleigh, Inc., Courier Express Freight, Inc., Courier Express US, Inc., and IDEXX Pharmaceuticals, LLC,<br><br>   Defendants. | CIVIL ACTION NO. 1:18-cv-00707-AT |

## CERTIFICATE OF SERVICE

  I hereby certify that on November 16, 2018, I electronically filed the foregoing **JOINT STATUS REPORT REGARDING SUBMISSION OF SETTLEMENT DOCUMENTS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David F. Root (Ga. Bar No. 614125)
Abby C. Grozine (Ga. Bar No. 542723)
**CARLOCK COPELAND & STAIR, LLP**
191 Peachtree St., NE
Suite 3600
Atlanta, GA 30303
T: 404-522-8220
F: 404-523-2345
agrozine@carlockcopeland.com
droot@carlockcopeland.com

5

Rebecca Trenner, *pro hac vice anticipated*
Emily A. Quillen, *pro hac vice*
**SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.**
10 West Market St.
Suite 1400
Indianapolis, IN 46204
T: 317-637-1777
F: 317-687-2414
rtrenner@scopelitis.com
equillen@scopelitis.com

Andrew J. Butcher, *pro hac vice*
**SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.**
30 West Monroe St.
Chicago, IL 60603
Suite 600
T: 312-255-7200
F: 312-422-1224
abutcher@scopelitis.com

*Attorneys for Defendants Courier Express/Charlotte, Inc., Courier Express/Raleigh, Inc., Courier Express Freight, Inc., and Courier Express US, Inc.*

Richard W. Black (Ga. Bar No. 355846)
rblack@littler.com
Lisa A. Schreter (Ga. Bar No. 629852)
lschreter@littler.com
**LITTLER MENDELSON, PC**
3344 Peachtree Road, NE
Suite 1500
Atlanta, GA 30326
T: 404-233-0330
F: 404-233-2361

Michael S. McIntosh, *pro hac vice*
mmcintosh@littler.com

**LITTLER MENDELSON, P.C.**
1650 Tysons Blvd., Suite 700
McLean, VA 33102
T: 703-286-3118

*Attorney for Defendant IDEXX Pharmaceuticals, LLC*

        Respectfully submitted,

        */s/ Gilda Adriana Hernandez*
        Gilda A. Hernandez, *pro hac vice*
        **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
        1020 Southhill Dr., Ste. 130
        Cary, NC 27513
        Tel: (919) 741-8693
        Fax: (919) 869-1853
        ghernandez@gildahernandezlaw.com

        Jeffrey B. Sand
        Ga. Bar No. 181568
        **THE WEINER LAW FIRM LLC**
        3525 Piedmont Road
        7 Piedmont Center, 3rd Floor
        Atlanta, Georgia 30305
        Tel: (404) 205-5029
        Fax: (866) 800-1482
        js@atlantaemployeelawyer.com

        Harold Lichten, *pro hac vice*
        Matthew Thomson, *pro hac vice*
        **LICHTEN & LISS-RIORDAN, P.C.**
        729 Boylston Street, Suite 2000
        Boston, MA 02116
        (617) 994-5800
        (617) 994-5801
        hlichten@llrlaw.com
        mthomson@llrlaw.com