IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TRISH KINCAID, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COURIER EXPRESS/CHARLOTTE, INC., COURIER EXPRESS/RALEIGH, INC., COURIER EXPRESS FREIGHT, INC., COURIER EXPRESS US, INC., and IDEXX PHARMACEUTICALS, LLC,<br><br>Defendants. | No. 1:18-cv-00707-AT |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASS; APPOINTMENT OF PLAINTIFF'S COUNSEL AS CLASS COUNSEL; APPROVAL OF SETTLEMENT ADMINISTRATOR; AND APPROVAL OF PLAINTIFF'S <u>NOTICE OF SETTLEMENT</u>**

Pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b), and based on the accompanying memorandum of law, Plaintiff respectfully moves this Court, consistent with the Parties' Stipulation and Settlement Agreement, to (1) provisionally grant preliminary approval of the proposed class and collective action settlement (the Parties' "Stipulation and Settlement Agreement"); (2) provisionally certify the settlement class; (3) appoint Plaintiff's Counsel as Class Counsel; (4) approve the appointment of RG2 Claims Administration LLC as settlement administrator; and (5) approve the proposed

notice of the settlement and claim forms. The Parties' Stipulation and Settlement Agreement, proposed notice, and proposed order are submitted herewith.

Counsel for Plaintiff have conferred with counsel for Defendants and, consistent with the agreement in the Parties' Stipulation and Settlement Agreement, Defendants do not oppose the instant motion.

Respectfully submitted, this December 20, 2018.

/s/ *Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812) *pro hac vice*
THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: 919 741-8693
Fax: 919 869-1853
ghernandez@gildahernandezlaw.com

Jeffrey B. Sand
Ga. Bar No. 181568
THE WEINER LAW FIRM LLC
3525 Piedmont Road
7 Piedmont Center, 3rd Floor
Atlanta, Georgia 30305
Tel: (404) 205-5029
Fax: (866) 800-1482
js@atlantaemployeelawyer.com

Harold Lichten, *pro hac vice*
Matthew Thomson, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
(617) 994-5801
hlichten@llrlaw.com
mthomson@llrlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2018, the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASS; APPOINTMENT OF PLAINTIFF'S COUNSEL AS CLASS COUNSEL; APPROVAL OF SETTLEMENT ADMINISTRATOR; AND APPROVAL OF PLAINTIFF'S NOTICE OF SETTLEMENT** was served in accordance with the Federal Rules of Civil Procedure on the following:

David F. Root (Ga. Bar No. 614125)
Abby C. Grozine (Ga. Bar No. 542723)
**CARLOCK COPELAND & STAIR, LLP**
191 Peachtree St., NE
Suite 3600
Atlanta, GA 30303
T: 404-522-8220
F: 404-523-2345
agrozine@carlockcopeland.com
droot@carlockcopeland.com

Emily A. Quillen, *pro hac vice*
**SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.**
10 West Market St.
Suite 1400
Indianapolis, IN 46204
T: 317-637-1777
F: 317-687-2414
equillen@scopelitis.com

Andrew J. Butcher, *pro hac vice*
**SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.**
30 West Monroe St.
Chicago, IL 60603
Suite 600
T: 312-255-7200

F: 312-422-1224
abutcher@scopelitis.com

*Attorneys for Defendants Courier Express/Charlotte, Inc., Courier Express/Raleigh, Inc., Courier Express Freight, Inc., and Courier Express US, Inc.*

Lisa A. Schreter (Ga. Bar No. 629852)
Richard W. Black
**LITTLER MENDELSON, PC**
3344 Peachtree Road, NE
Suite 1500
Atlanta, GA 30326
T: 404-443-3515
lschreter@littler.com
rblack@littler.com

Michael S. McIntosh, *pro hac vice*
**Littler Mendelson, PC**
Suite 700
1650 Tysons Blvd.
McLean, VA 22102
T: 703-286-3118
mmcintosh@littler.com

*Attorney for Defendant IDEXX Pharmaceuticals, LLC*

        Respectfully submitted,

        */s/ Gilda Adriana Hernandez*
        Gilda A. Hernandez, *pro hac vice*
        **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
        1020 Southhill Dr., Ste. 130
        Cary, NC 27513
        Tel: (919) 741-8693
        Fax: (919) 869-1853
        ghernandez@gildahernandezlaw.com

Jeffrey B. Sand
Ga. Bar No. 181568
**THE WEINER LAW FIRM LLC**
3525 Piedmont Road
7 Piedmont Center, 3rd Floor
Atlanta, Georgia 30305
Tel: (404) 205-5029
Fax: (866) 800-1482
js@atlantaemployeelawyer.com

Harold Lichten, *pro hac vice*
Matthew Thomson, *pro hac vice*
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
(617) 994-5801
hlichten@llrlaw.com
mthomson@llrlaw.com