# EXHIBIT C

# Proposed Reminder Notice

# IMPORTANT REMINDER REGARDING PROPOSED COURIER EXPRESS CLASS AND COLLECTIVE ACTION WAGE PAYMENT SETTLEMENT

Within the past forty-five (45) days, you were mailed a Court-authorized Notice explaining that you are eligible to participate in a class and collective action settlement of claims on behalf of couriers who contracted with Courier Express/Charlotte, Inc., Courier Express/Raleigh, Inc., Courier Express Freight, Inc., or Courier Express US, Inc. (together, "Courier Express") for alleged unpaid wages against Courier Express and IDEXX Pharmaceuticals, LLC.

**IMPORTANT:** Our records indicate that you have not submitted a Claim Form. In order to participate in the class and collective action settlement and be eligible to collect compensation, you must complete the Claim Form sent to you with the Court-Authorized Notice and mail, e-mail, or fax it to:

*Kincaid v. Courier Express et al.* Settlement Administrator
c/o RG2 Claims Administration LLC
**[INSERT ADDRESS]**
**[INSERT PHONE]**
**[INSERT FAX]**
**[INSERT EMAIL]**

If you have any questions about the notice or the case, or if you did not receive or no longer have the Notice, you should contact the Settlement Administrator at *Kincaid v. Courier Express et al.* Settlement Administrator, c/o., RG2 Claims Administration LLC, **\*\*\*\*\*\*\*\*\*\*, \*\* \*\*\*\*\*-\*\*\*\*, or call (\*\*\*) \*\*\*-\*\*\*\***. You may also contact Class Counsel by calling **[TO BE INSERTED]** or emailing **[TO BE INSERTED]**.

**In order to participate in this settlement, your Claim Form must be post-marked no later than [INSERT DUE DATE] if returned by U.S. Mail, or received by [INSERT DUE DATE] if returned by fax or e-mail.**