IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| TRISH KINCAID, on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:18-cv-00707-AT |
| COURIER EXPRESS/CHARLOTTE, INC., COURIER EXPRESS/RALEIGH, INC., COURIER EXPRESS FREIGHT, INC., COURIER EXPRESS US, INC., and IDEXX PHARMACEUTICALS, LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARYAPPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Costs and Expenses ("Unopposed Motion for Attorneys' Fees"), the Declaration of Gilda Adriana Hernandez in Support of Plaintiff's Unopposed Motions for Provisional Certification of the Settlement Class; Appointment of Plaintiff's Counsel as Class Counsel; Preliminary Approval of Class and Collective Action Settlement; Approval of Settlement Administrator; Approval of Attorneys' Fees and Reimbursement of Expenses, and Approval of Service Awards

("Hernandez Decl."), and consistent with the terms of the proposed Settlement Agreement, Plaintiff respectfully requests that the Court enter an Order:

(1)    Awarding Class Counsel attorneys' fees in the amount equal to one-third of the Maximum Gross Settlement Amount (i.e., $533,333.33), should the Court grant final approval to the proposed Settlement Agreement and the settlement becomes effective; and

(2)  Awarding Class Counsel reasonable litigation costs and expenses in the amount of $13,972.29, should the Court grant final approval to the proposed Settlement Agreement and the settlement becomes effective.

Plaintiff's Counsel have conferred with counsel for Defendants, and, consistent with the parties' Settlement Agreement, which has been presented to the Court for preliminary approval, Defendants do not oppose the instant motion for settlement purposes only.

Respectfully submitted, this December 20, 2018.

*/s/ Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
*pro hac vice*
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel:  919 741-8693
Fax:  919 869-1853

2

ghernandez@gildahernandezlaw.com

Jeffrey B. Sand
Ga. Bar No. 181568
**THE WEINER LAW FIRM LLC**
3525 Piedmont Road
7 Piedmont Center, 3rd Floor
Atlanta, Georgia 30305
Tel: (404) 205-5029
Fax: (866) 800-1482
js@atlantaemployeelawyer.com

Harold Lichten, *pro hac vice*
Matthew Thomson, *pro hac vice*
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
(617) 994-5801
hlichten@llrlaw.com
mthomson@llrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2018, the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** was served in accordance with the Federal Rules of Civil Procedure on the following:

David F. Root (Ga. Bar No. 614125)
Abby C. Grozine (Ga. Bar No. 542723)
**CARLOCK COPELAND & STAIR, LLP**
191 Peachtree St., NE
Suite 3600
Atlanta, GA 30303
T: 404-522-8220
F: 404-523-2345
agrozine@carlockcopeland.com
droot@carlockcopeland.com

Emily A. Quillen, *pro hac vice*
**SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.**
777 Main St.
Suite 3450
Fort Worth, TX 76102
T: 817-869-1700
F: 817-878-9472
equillen@scopelitis.com

Andrew J. Butcher, *pro hac vice*
**SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.**
30 West Monroe St.
Chicago, IL 60603
Suite 600
T: 312-255-7200
F: 312-422-1224
abutcher@scopelitis.com

4

*Attorneys for Defendants Courier Express/Charlotte, Inc., Courier Express/Raleigh, Inc., Courier Express Freight, Inc., and Courier Express US, Inc.*

Lisa A. Schreter (Ga. Bar No. 629852)
Richard W. Black (Ga. Bar No. 355846)
**LITTLER MENDELSON, PC**
3344 Peachtree Road, NE
Suite 1500
Atlanta, GA 30326
T: 404-443-3515
lschreter@littler.com
rblack@littler.com

Michael S. McIntosh, *pro hac vice*
**LITTLER MENDELSON, PC**
Suite 700
1650 Tysons Blvd.
McLean, VA 22102
T: 703-286-3118
mmcintosh@littler.com

*Attorney for Defendant IDEXX Pharmaceuticals, LLC*

Respectfully submitted,

*/s/ Gilda Adriana Hernandez*
Gilda A. Hernandez, *pro hac vice*
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Dr., Ste. 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com

Jeffrey B. Sand
Ga. Bar No. 181568

5

**THE WEINER LAW FIRM LLC**
3525 Piedmont Road
7 Piedmont Center, 3rd Floor
Atlanta, Georgia 30305
Tel: (404) 205-5029
Fax: (866) 800-1482
js@atlantaemployeelawyer.com

Harold Lichten, *pro hac vice*
Matthew Thomson, *pro hac vice*
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
(617) 994-5801
hlichten@llrlaw.com
mthomson@llrlaw.com