IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Case No.: 1:18-CV-00707-AT

| | |
|---|---|
| TRISH KINCAID, on behalf of herself and others similarly situated,　)<br>　)<br>Plaintiff,　)<br>　)<br>v.　)<br>　)<br>COURIER EXPRESS/CHARLOTTE, INC., COURIER EXPRESS/RALEIGH, INC., COURIER EXPRESS FREIGHT, INC., COURIER EXPRESS US, INC., and IDEXX PHARMACEUTICALS, LLC,　)<br>　)<br>Defendants.　)<br>_____ ) | [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES |

The above captioned matter came before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of Attorneys' Fees and Reimbursement of Costs and Expenses ("Unopposed Motion for Attorneys' Fees") (Dkt. No. 77). The Court has considered the representations of Plaintiff's Counsels, the pleadings, and the record, and rules as follow with respect to Plaintiff's Counsel's request for attorneys' fees and reimbursement of litigation costs and expenses:

　　(1)　Plaintiff's Counsel are awarded attorneys' fees in the amount equal to one-third of the Maximum Gross Settlement Amount (i.e., $533,333.33)

should the Court grant final approval to the proposed Settlement Agreement and the settlement becomes effective; and

(2) Plaintiffs' Counsel are awarded litigation costs and expenses in the amount of $13,972.29 should the Court grant final approval to the proposed Settlement Agreement and the settlement becomes effective.

DATED:_____

By the Court:

_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT JUDGE