IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| TRISH KINCAID, on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:18-cv-00707-AT |
| COURIER EXPRESS/CHARLOTTE, INC., COURIER EXPRESS/RALEIGH, INC., COURIER EXPRESS FREIGHT, INC., COURIER EXPRESS US, INC., and IDEXX PHARMACEUTICALS, LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECTIVE AND CLASS ACTION SETTLEMENT**

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion for Final Approval of the Class and Collective Action Settlement ("Motion for Final Approval"), Plaintiff respectfully requests that the Court enter an Order:

(1)    Granting final approval of the Joint Stipulation of Settlement and Release (Dkt. 76-3, Exhibit A), including the class action settlement pursuant to Fed. R. Civ. P.23 and the Fair Labor Standards Act (FLSA) collective action settlement contained therein; and

(2)   Granting any other relief that the Court deems just and proper.

Plaintiff has contemporaneously submitted a Proposed Order, attached hereto,

for the Court's convenience.

Respectfully submitted this July 23, 2019,

/s/ Gilda Adriana Hernandez
Gilda A. Hernandez (NCSB No. 36812) *pro hac vice*
THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel:  919 741-8693
Fax:  919 869-1853
ghernandez@gildahernandezlaw.com

Jeffrey B. Sand
Ga. Bar No. 181568
THE WEINER LAW FIRM LLC
3525 Piedmont Road
7 Piedmont Center, 3rd Floor
Atlanta, Georgia 30305
Tel: (404) 205-5029
Fax: (866) 800-1482
js@atlantaemployeelawyer.com

Harold Lichten, *pro hac vice*
Matthew Thomson, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
(617) 994-5801
hlichten@llrlaw.com
mthomson@llrlaw.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, I electronically filed the foregoing true and accurate copy of **PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECIVE AND CLASS ACTION SETTLEMENT** with the Court using the CM/ECF system, and I hereby certify that I have thereby electronically served the document to the following:

David F. Root (Ga. Bar No. 614125)
Abby C. Grozine (Ga. Bar No. 542723)
**CARLOCK COPELAND & STAIR, LLP**
191 Peachtree St., NE
Suite 3600
Atlanta, GA 30303
T: 404-522-8220
F: 404-523-2345
agrozine@carlockcopeland.com
droot@carlockcopeland.com


Emily A. Quillen, *pro hac vice*
**SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.**
10 West Market St.
Suite 1400
Indianapolis, IN 46204
T: 317-637-1777
F: 317-687-2414
equillen@scopelitis.com


Andrew J. Butcher, *pro hac vice*
**SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.**
30 West Monroe St.
Chicago, IL 60603
Suite 600
T: 312-255-7200
F: 312-422-1224

abutcher@scopelitis.com

*Attorneys for Defendants Courier Express/Charlotte, Inc., Courier Express/Raleigh, Inc., Courier Express Freight, Inc., and Courier Express US, Inc.*

Lisa A. Schreter (Ga. Bar No. 629852)
Richard W. Black
**LITTLER MENDELSON, PC**
3344 Peachtree Road, NE
Suite 1500
Atlanta, GA 30326
T: 404-443-3515
lschreter@littler.com
rblack@littler.com

Michael S. McIntosh, *pro hac vice*
**Littler Mendelson, PC**
Suite 700
1650 Tysons Blvd.
McLean, VA 22102
T: 703-286-3118
mmcintosh@littler.com

*Attorney for Defendant IDEXX Pharmaceuticals, LLC*

Respectfully submitted,

*/s/ Gilda Adriana Hernandez*
Gilda A. Hernandez, *pro hac vice*
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Dr., Ste. 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com

4

Jeffrey B. Sand
Ga. Bar No. 181568
**THE WEINER LAW FIRM LLC**
3525 Piedmont Road
7 Piedmont Center, 3rd Floor
Atlanta, Georgia 30305
Tel: (404) 205-5029
Fax: (866) 800-1482
js@atlantaemployeelawyer.com

Harold Lichten, *pro hac vice*
Matthew Thomson, *pro hac vice*
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
(617) 994-5801
hlichten@llrlaw.com
mthomson@llrlaw.com

*Attorneys for Plaintiffs*